AO 257 (USAO REV. 6/99)     Marshal's Office/Clerk's Office     PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA

**Name and Office of Person Furnishing Information on THIS FORM:** DONALD J. DeGABRIELLE, JR. USA
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** MELISSA ANNIS, AUSA

**DEFENDANT – U.S. vs.**

United States Courts
Southern District of Texas
FILED
MAY 25 2006
Michael N. Milby, Clerk of Court

Address:
Birth Date:
☐ Alien
☐ Female (if applicable)
Social Security Number:

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
LESS ROBB/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

**Place of offense:** Southern District of Texas
☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Fed'l ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Cts. 1-2: Entry of goods by means of false statement. [18 USC § 542]

**PENALTY:**
Cts. 1-2: 1-5 years probation, up to 2 times the gross gain or loss resulting from the offense, and $400 S/A

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)