AO 455 (Rev. 5/85) Waiver of Indictment

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 2 5 2006

# United States District Court

Michael N. Milby, Clerk of Court

SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| TRAFIGURA AG | |

NUMBER: V-06-64

I, _____Trafigura AG_____ , the above named defendant, who is accused of

Cts. 1-2: [18 USC § 542]

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _____ prosecution by indictment and consent that the
                     Date

proceeding may be by information rather than by indictment.

Defendant

*[signature: David Gerger]*

Counsel for Defendant

Before *[signature: John D. Rainey]*
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.