IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

UNITED STATES OF AMERICA                    CRIMINAL NO. V-06-64 (JDR)

V.

TRAFIGURA AG
(Incorporated under the laws of
Switzerland)

PETITIONER THE REPUBLIC OF IRAQ'S UNOPPOSED MOTION TO
EXTEND TIME TO FILE RESPONSE TO THE UNITED STATES' MOTION
FOR RESOLUTION OF IRAQ'S PETITION FOR ADJUDICATION OF
VALIDITY OF PETITIONER'S INTEREST IN CERTAIN FORFEITED PROPERTY

Pursuant to Fed. R. Civ. P. 6(b), Petitioner, the Republic of Iraq, hereby moves to extend

the time it has to respond to the United States' Motion for Resolution of the Republic of Iraq's

Petition for Adjudication of Validity of Petitioner's Interest in Certain Forfeited Property.  The

United States assents to this motion.  Petitioner seeks to extend the time to file a response up and

until and including September 5, 2018.

Dated: August 7, 2018                       WHITE & CASE LLP

                                             s/ Andrew W. Hammond
                                            Andrew W. Hammond[1]
                                            1221 Avenue of the Americas
                                            New York, New York 10020
                                            Telephone:  (212) 819-8200
                                            Facsimile:  (212) 354-8113
                                            *Attorney for the Republic of Iraq*

---

[1] New York Attorney Registration No. 2911139; admitted *pro hac vice*; attorney-in-charge. Vincent R. FitzPatrick Jr., (prior attorney-in-charge) and Sali A. Rakower, who previously appeared in this matter, are no longer affiliated with White & Case LLP.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on August 7, 2018, I caused a true and correct copy of the foregoing Unopposed Motion to Extend Time to File Response to the United States' Motion for Resolution to be electronically filed with the Clerk of the District Court using the Electronic Filing System so that service on the parties' counsel is automatically accomplished.

Dated: New York, New York
    August 7, 2018

                                         s/ Andrew W. Hammond
                                         Andrew W. Hammond